IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

    Plaintiff(s),

v.

JOHN N. RUTH;
KEVIN J. HENRY;
DANIEL DAILEY; and
DOES I THROUGH X,

    Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on John N. Ruth's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), filed April 17, 2006 (docket #8) ("Motion to Dismiss"). Attached to the Motion to Dismiss as Exhibit A are excerpts from the Colorado Secretary of State Internet pages on Sierra Distributor, LLC.  A Response to the Motion to Dismiss was filed on May 8, 2006 (docket #15) ("Response").  Attached to the Response is the Affidavit of Rachel Christopher, which includes several documents as Exhibits.

Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  Fed.R.Civ.P. 12(b); Lucero v. Gunter, 52 F.3d 874, 877 (10th Cir. 1995).

The Court finds that it is appropriate to consider the matters outside of the pleadings that were presented by the parties in resolving the Motion to Dismiss. Accordingly, notice is hereby given that John N. Ruth's Motion to Dismiss is converted to a Motion for Summary Judgment. Any party who wishes to submit additional materials for the Court to consider in connection with the Motion for Summary Judgment may do so by **Tuesday, May 23, 2006**.

Dated:  May 15, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge