IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

      Plaintiff(s),

v.

JOHN N. RUTH;
KEVIN J. HENRY;
DANIEL DAILEY; and
DOES I THROUGH X,

      Defendant(s).

---

### ORDER

---

THIS MATTER is before the Court on the Suggestion of Bankruptcy filed by Defendant Daniel Dailey on July 7, 2006 (docket #30).  Defendant has filed a Petition for Bankruptcy pursuant to Chapter 7 of Title 11, Unites States Code, in the United States Bankruptcy Court for the Southern District of Florida in Case No. 05-90029-PGH.  Pursuant to United States Bankruptcy Code, 11 U.S.C. § 362(a), this case is **STAYED** as to Defendant Daniel Dailey.  In accordance therewith, it is hereby

ORDERED counsel for Defendant Daniel Dailey shall file Status Reports regarding the status of the bankruptcy proceedings beginning August 1, 2006 and every three months thereafter until further order of the Court.

Dated:  July 11, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge