IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Leave to File Amended Complaint and Add Party Defendant** [Doc. # 43, filed 8/22/2006] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the *Amended Complaint* [Doc. # 43-6] attached as an exhibit to the Motion to Amend.

IT IS FURTHER ORDERED that the case caption is amended as indicated above.

Dated September 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge