IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Vacate Imminent Court Deadlines and Request for Status Conference** [docket no. 68, filed November 22, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the motions hearing set for **December 4, 2006, at 8:00 a.m.,** is changed to a Status Conference. New deadlines will be set for the response to the pending Motion to Compel (docket no. 59), the hearing for that Motion to Compel, and the response to Plaintiff's Amended Complaint at that time.

DATED:  November 27, 2006