IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.

---

## ORDER

---

This matter is before me on the **Plaintiff's Motion to Compel and for Sanctions
Against Defendant MetraGen Pharmaceuticals, Inc.,** [Doc # 59, filed 11/1/2006] (the
"Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings
on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN
PART, as follows:

GRANTED to require MetraGen to appear for its deposition pursuant to the deposition
notice issued pursuant to Rule 30(b)(6), Fed. R. Civ. P., on a date and time as the parties may
agree during the week of **January 22-26, 2007**;

GRANTED to require MetraGen to provide to the plaintiff, on or before **January 8, 2007**,  the last known address, telephone number, and all other contact information for Phillip Pierson;

GRANTED to require MetraGen to pay the reasonable expenses, including attorneys' fees, incurred by the plaintiff in bringing the Motion to Compel insofar as it relates to compelling MetraGen to appear for a deposition pursuant to Rule 30(b)(6), including the appropriate expenses incurred in preparing the Motion to Compel, the reply in support of the Motion to Compel, and appearing at the hearing on the Motion to Compel.  See Fed. R. Civ. P. 37(a)(4)(A) and (d).  To that end, plaintiff's counsel shall prepare a fee application, including appropriate affidavits and contemporaneous time records, and shall submit it to MetraGen's counsel for review.  If the parties can agree on the appropriate award of expenses and attorneys' fees, they shall conclude the fee matter among themselves and notify me of that resolution.  If the parties cannot agree on the appropriate award, the plaintiff shall file its fee application with the court on or before **January 17, 2007**; I will order briefing and set the matter for an evidentiary hearing; and I will award fees and costs associated with that hearing against the losing party;

GRANTED to extend the expert designation dates as follows:

    **(a)**     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 5, 2007**; and

    **(b)**     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 2, 2007**;

DENIED in all other respects.

Dated January 3, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge