IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

**ORDER**
_____

Pursuant to the **Stipulation Regarding Plaintiff's Fee Application** [Doc. # 88, filed 1/17/2007] and my *Order* [Doc. # 82] granting College Pharmacy, Inc., its reasonable expenses, including attorneys' fees, incurred in bringing *Plaintiff's Motion to Compel and for Sanctions Against Defendant MetraGen Pharmaceuticals, Inc.*,

IT IS ORDERED that College Pharmacy, Inc., is awarded its costs and fees against defendant MetraGen Pharmaceuticals, Inc., in the total amount of $3,642.34.

Dated January 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge