IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Joshua B. Kirkpatrick of Littler Mendelson, P.C.'s Unopposed Motion to Withdraw as Counsel of Record for Daniel Dailey** [Doc. # 100, filed 3/12/2007] (the "Motion to Withdraw");

(2) **Unopposed Motion for Extension of Time to File Answer to Plaintiff's Amended Complaint** [Doc. # 101, filed 3/12/2007] (the "Motion for Extension"); and

(3) **Defendant Dailey's Motion for Protective Order** [Doc. # 102, filed 3/12/2007] (the "Motion for Protective Order").

On March 12, 2007, more than one month ago, Mr. Kirkpatrick moved to withdraw as counsel for Daniel Dailey based on an alleged irreconcilable conflict. That motion is unopposed. At the same time, Mr. Dailey filed his *Motion for Extension*, seeking an extension of 20 days,

through April 2, 2007, within which to answer the plaintiff's amended complaint. According to the *Motion for Extension*, the additional 20 days were required "[t]o provide sufficient time to obtain new representation. Also at the same time, Mr. Dailey sought a protective order to prevent the taking of his deposition, then scheduled to occur on March 23, 2007, in Miami, Florida. This relief also was sought to allow Mr. Dailey to retain substitute counsel, which he had indicated could be completed by April 2, 2007.

As of the date of this order, no substitute counsel has entered its appearance on behalf of Mr. Dailey, leading me to conclude that the Motion for Protective Order was interposed for the improper purpose of delay.

IT IS ORDERED that the Motion to Withdraw is GRANTED, good cause having been shown. Joshua B. Kirkpatrick of the law firm of Littler Mendelson, P.C., is allowed to withdraw and is relieved of any further responsibility in this case as counsel for Daniel Dailey. Pursuant to D.C.COLO.LCivR 83.3D, Mr. Dailey is cautioned that he is personally responsible for complying with all court orders and time limitations established by any applicable rules.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED. Mr. Dailey shall respond to the amended compliant on or before **April 23, 2007**.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED.

Dated April 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge