**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   May 25, 2007 |
| E.C.R./Reporter:   Kara Spitler | |

_____

Civil Action No:  **06-cv-00540-WYD-BNB**          Counsel:

**COLLEGE PHARMACY, INC.**,                         Nancy D. Webber
                                                    Ryan Klein
          Plaintiff,

v.

**JOHN N. RUTH;**                                   John N. Ruth
**KEVIN J. HENRY;**                                 Kevin J. Henry
**DANIEL DAILEY;**
**DOES I THROUGH X; and**
**METRAGEN PHARMACEUTICALS, INC.**,

          Defendants.
_____

**COURTROOM MINUTES**
_____

**HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

**11:04 a.m.**     Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

**ORDERED:**      Defendant's Motion to Appear by Telephone Relative to the Hearing on Plaintiff
                  College Pharmacy's Motion for Temporary Restraining Order and Preliminary
                  Injunction (#134 - 5/25/07) is **DENIED.**

                  Plaintiff's Motion to Seal Exhibits (#118 - 5/21/07) is raised for argument.

11:06 a.m.        Argument by Plaintiff (Mr. Klein).

-1-

Judge Wiley Y. Daniel
06-cv-00540-WYD-BNB - Courtroom Minutes

**11:08 a.m.**   Court in Recess

**11:25 a.m.**   Court in Session

Argument by Defendants (Mr. Ruth).

11:26 a.m.   Argument by Plaintiff (Ms. Webber).

**ORDERED:**   Plaintiff's Motion to Seal Exhibits (#118 - 5/21/07) is **DEFERRED.**

Plaintiff's Motion for Leave to File Second Amended Complaint (#126 - 5/21/07) is raised for argument.

11:28 a.m.   Argument by Plaintiff (Ms. Webber).

11:30 a.m.   Argument by Defendants (Mr. Henry).

11:32 a.m.   Argument by Defendants (Mr. Ruth).

11:33 a.m.   Argument by Plaintiff (Ms. Webber).

11:36 a.m.   Argument by Defendants (Mr. Henry).

Court makes findings.

**ORDERED:**   Plaintiff's Motion for Leave to File Second Amended Complaint (#126 - 5/21/07) is **GRANTED.**

Plaintiff's Second Amended Complaint is **ACCEPTED FOR FILING AS OF MAY 25, 2007.**

**ORDERED:**   Defendant Renaissance Compounding Pharmacy, Inc. shall file an answer to Plaintiff's Second Amended Complaint in accordance with the rules.

Plaintiff's Motion for Temporary Restraining Order (#122 - 5/21/07) is raised for argument.

11:41 a.m.   Argument and offer of proof by Plaintiff (Ms. Webber).

12:05 p.m.   Argument by Defendants (Mr. Ruth).

Judge Wiley Y. Daniel
06-cv-00540-WYD-BNB - Courtroom Minutes

| | |
|---|---|
| 12:24 p.m. | Argument by Plaintiff (Ms. Webber). |
| 12:33 p.m. | Discussion regarding setting the matter for a hearing on the preliminary injunction and the fact that the hearing will take two days. |
| **12:36 p.m.** | Court in Recess |
| **1:53 p.m.** | Court in Session |
| **ORDERED:** | A two-day hearing on Plaintiff's Motion for Preliminary Injunction is set to commence on **Tuesday, June 5, 2007, at 9:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Parties shall exchange any and all witnesses and documents to be used in the hearing on motion for preliminary injunction not later than **Thursday, May 31, 2007.** |
| **ORDERED:** | Plaintiff's Motion to Seal Exhibits (#118 - 5/21/07) is **DENIED.** |
| **ORDERED:** | Plaintiff's Motion for Temporary Restraining Order (#122 - 5/21/07) is **DENIED.** |
| 2:00 p.m. | Discussion regarding discovery deadlines and clarification on the Court's ruling on the motion for leave to file second amended complaint. |
| **ORDERED:** | Henry B. Wynn may not appear telephonically or represent defendant, MetraGen Pharmaceuticals, Inc. at the hearing on motion for preliminary injunction. |
| **2:03 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  1:42**