IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant, Metragen Pharmateuticals, Inc.'s Motion for Court Finding of Fraud on the Court and for Impositions of Appropraite Sanctions** [Doc. # 121, filed 5/21/2007] (the "Motion for Sanctions"); and

(2) **Plaintiff's Motion for Extension of Time** [Doc. # 137, filed 5/29/2007] (the "Motion for Extension").

The Motion for Sanctions is filed on behalf of MetraGen Pharmaceuticals, Inc., a corporation. It is signed by "Henry B. Wynn, pro se, amicus curiae." A corporation must be represented by a lawyer who is a member of the bar of this court, however, and cannot proceed pro se or through a corporate officer or other representative not a lawyer. Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962)("The rule is well established that

a corporation can appear in a court of record only by an attorney at law); Reeves v. Queen City Transportation, Inc., 10 F. Supp. 2d 1181, 1188 (D. Colo. 1998)("It has been the law, for the better part of two centuries, that a corporation may appear in federal court only through a licensed attorney").  MetraGen Pharmaceuticals, Inc., cannot proceed pro se, nor may Mr. Wynn, who is not a lawyer authorized to practice in this court, represent it.  The Motion for Sanctions is therefore STRICKEN.

Through the Motion for Extension, the plaintiff seeks to enlarge the discovery period and the deadline for filing dispositive motions, in part because of recent amendments to its complaint and the addition of a defendant to the case.  I will consider amending the entire case schedule, as may be necessary to accommodate the addition of a new party, but I will do so only on a comprehensive basis, considering all deadlines which should be extended and the needs of all parties.  Consequently, the plaintiff shall confer with all parties and submit a motion that addresses all necessary schedule changes in view of the recent amendment.

IT IS ORDERED that the Motion for Sanctions is STRICKEN.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED without prejudice, and may be renewed consistent with the comments contained here.

Dated June 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge