IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-00540-WYD-BNB        Date: September 5, 2007
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A401

COLLEGE PHARMACY, INC.,                     Douglas Flinn

      Plaintiff,

v.

JOHN N. RUTH,                               Michael Obernesser
KEVIN J. HENRY,                             Michael Obernesser
DANIEL DAILEY,
METRAGEN PHARMACEUTICAL, INC.,
RENAISSANCE COMPOUNDING                     Michael Obernesser
PHARMACY, LLC.
a Colorado Limited Liability corporation

      Defendants.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     1:30 p.m.

Appearance of counsel. Appearance by Jaime Pena for the United States.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion to disclose (filed August 17, 2007; doc. #158) is taken under advisement. The United States shall file a response on or before September 10, 2007. The parties may file reply on or before September 13, 2007.

Court in Recess     1:46 p.m.     Hearing concluded.

Total time in court:     00:16