IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY,
METRAGEN PHARMACEUTICALS, INC., and
RENAISSANCE COMPOUNDING PHARMACY, LLC,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the plaintiff's reply [Doc. # 172, filed 9/13/2007],

IT IS ORDERED that **Plaintiff's Motion to Disclose** [Doc. # 158, filed 8/17/2007] is DENIED as withdrawn.

DATED:  September 20, 2007