IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

     Plaintiff(s),

v.

JOHN N. RUTH;
KEVIN J. HENRY;
DANIEL DAILEY; and
DOES I THROUGH X,

     Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendants John N. Ruth, Kevin J. Henry, and Renaissance Compounding Pharmacy, LLC's Motion to Stay, filed September 14, 2007 (docket #173) is **GRANTED** as to Defendants Ruth, Henry and Renaissance ONLY, pending further order of the Court.  The parties shall file a status report on **Monday, November 5, 2007**.

     The hearing on Plaintiff's Motion for Preliminary Injunction is **VACATED**.  the hearing on Plaintiff's Motion for Default Judgment (docket #160) shall take place as previously scheduled on **Friday, September 28, 2007, at 9:00 a.m.**

     Dated:  September 24, 2007