THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

    Plaintiff,

v.

JOHN N. RUTH, KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

    Defendants.

## STIPULATED PRELIMINARY INJUNCTION ORDER

THIS MATTER is before the Court on the Stipulated Motion for Preliminary Injunction, filed September 21, 2007 (docket #176) by Plaintiff College Pharmacy Inc. and Defendants John N. Ruth, Kevin J. Henry, and Renaissance Compounding Pharmacy, LLC.  Therein the parties stipulate to entry of a preliminary injunction.  In consideration of the motion and the file herein, it is hereby

ORDERED that the parties' Stipulated Motion for Preliminary Injunction, filed September 21, 2007 (docket #176) is **GRANTED**.  In accordance therewith, it is

FURTHER ORDERED that:

    1.    Defendants shall not use, sell, or disseminate any formulae, client lists, software, vendors, pricing, shipping, processes, information systems, marketing material, or other information from College Pharmacy.

2. Defendants shall not initiate contact with any of the individuals listed or referred to in Exhibits 18 and 19 to Plaintiff's Motion for Preliminary Injunction until January 1, 2009.

3. If Defendants are contacted by any individuals listed or referred to in Paragraph 2, above, Defendants shall notify College Pharmacy within ten days of any such contact so College Pharmacy can verify that Defendants did not initiate the contact.

4. Plaintiff and Defendants shall confer and attempt to resolve any disputes regarding alleged violations of the Stipulated Injunction prior to filing any motion or action with the Court.

5. A nominal bond in the amount of ten (10) dollars shall be posted based on the requirements of Fed. R. Civ. P. 65(c).

Dated: September 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge