IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

    Plaintiff,

v.

JOHN N. RUTH; et al.

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff College Pharmacy, Inc.'s ("College Pharmacy") Motion for Entry of Default and Default Judgment Against Defendants Daniel Dailey and Metragen Pharmaceuticals, Inc., filed August 21, 2007 (docket #160).  The Clerk's Entry of Default against Defendants Daniel Dailey and Metragen Pharmaceuticals, Inc. was entered pursuant to Fed. R. Civ. P. 55(a) on August 23, 2007.  A hearing on College Pharmacy's request for default judgment took place Friday, September 28, 2007.  For the reasons set forth on record at that hearing, and in accordance with Fed. R. Civ. P. 55(b)(2), it is hereby

ORDERED that Default Judgment shall enter against Defendants Daniel Dailey and Metragen Pharmaceuticals, Inc. in the amount of $269,000.00.

Dated: September 28, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge