**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 16, 2007 |
| E.C.R./Reporter:   Paul Zuckerman | |

_____

Civil Action No: **06-cv-00540-WYD-BNB**          Counsel:

**COLLEGE PHARMACY, INC.**,                      Ryan J. Klein

       Plaintiff,

v.

**JOHN N. RUTH;**                                No Appearance
**KEVIN J. HENRY;**
**DANIEL DAILEY;**
**DOES I THROUGH X; and**
**METRAGEN PHARMACEUTICALS, INC;**
**and RENAISSANCE COMPOUNDING**
**PHARMACY, LLC**,

       Defendants.

_____

**COURTROOM MINUTES**
_____

**HEARING ON MOTION FOR ATTORNEYS' FEES**

**1:44 p.m.**       Court in Session

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Plaintiff's Motion for Attorney Fees (#188 - 10/16/07) is raised for argument.

1:46 p.m.        Argument by Plaintiff (Mr. Klein).

Judge Wiley Y. Daniel
06-cv-00540-WYD-BNB - Courtroom Minutes

| | |
|---|---|
| 1:54 p.m. | Plaintiff's witness **Preston Oade** sworn. |
| | Direct examination by Plaintiff (Mr. Klein). |
| 2:05 p.m. | Witness excused |
| 2:06 p.m. | Argument by Plaintiff (Mr. Klein). |
| **ORDERED:** | Plaintiff's Motion for Attorney Fees (#188 - 10/16/07) is **GRANTED.** |
| **ORDERED:** | Plaintiff is awarded attorney fees in the total amount of **$166,392.50.** |
| **ORDERED:** | Plaintiff shall use its best efforts to recover the fees from the Defendants and offset the fees against what they may seek to recover from the other Defendants in this case. |
| **ORDERED:** | Mr. Klein shall submit a proposed form of order not later than **Monday, November 26, 2007.** |
| **2:11 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME: 0:27**