IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

    Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY,
METRAGEN PHARMACEUTICALS, INC., and
RENAISSANCE COMPOUNDING PHARMACY, LLC

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Attorneys' Fees Against Defendant MetraGen Pharmaceuticals, Inc. ("Motion for Fees"), filed October 16, 2007 (docket #188) and testimony and evidence presented at a Hearing on the Motion for Fees on November 16, 2007, the Court hereby finds and concludes as follows:

1.    Pursuant to Colorado's Uniform Trade Secret Act, a prevailing party is entitled to the recovery of attorneys' fees for willful and malicious misappropriation of trade secrets. See COLO. REV. STAT. § 7-74-105.

2.    This Court entered Default Judgment against Defendant MetraGen Pharmaceuticals, Inc. ("MetraGen") on October 2, 2007 in the amount of $269,000.

3. Plaintiff, College Pharmacy, Inc. ("Plaintiff"), is the "prevailing party" pursuant to COLO. REV. STAT. § 7-74-105.

4. MetraGen willfully and maliciously misappropriated trade secrets belonging to Plaintiff.

5. Because MetraGen willfully and maliciously misappropriated Plaintiff's trade secrets, Plaintiff is entitled to its attorneys' fees pursuant to COLO. REV. STAT. § 7-74-105.

6. As a result of MetraGen's conduct, Plaintiff has reasonably incurred attorneys' fees in the total amount of $166,392.50.

7. The amount of hours spent by Plaintiff's counsel, which are identified in Exhibit 5 to the Motion for Fees, are reasonable.

8. The rates charged by Plaintiff's counsel, which are identified in Exhibit 5 to the Motion for Fees, also are reasonable.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Fees is **GRANTED.**

2. Plaintiff is awarded attorneys' fees against MetraGen in the total amount of $166,392.50 ("Attorneys' Fees").

3. Plaintiff shall use its best efforts to recover the attorneys' fees from MetraGen.

4. If Plaintiff recovers any of the attorneys' fees from MetraGen, Plaintiff shall credit the amount of attorneys' fees recovered from MetraGen against any attorneys' fees that may be sought against the other Defendants.

Dated this 29th day of November, 2007.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
United States District Judge