IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00540-WYD-BNB | Date: March 10, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| COLLEGE PHARMACY, INC., | Ryan Klein |
| Plaintiffs, | |
| v. | |
| JOHN N. RUTH, | Michael Obernesser |
| KEVIN J. HENRY, | Michael Obernesser |
| METRAGEN PHARMACEUTICAL, INC., | |
| RENAISSANCE COMPOUNDING | Michael Obernesser |
| PHARMACY, LLC. | |
| a Colorado Limited Liability corporation | |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     2:33 p.m.

Appearance of counsel and defendants John Ruth and Kevin Henry.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to withdraw by Dennis W. Hartley, P.C. counsel for Defendants, John N. Ruth, Kevin J. Henry and Renaissance Compounding Pharmacy, LLC filed February 21, 2008; Doc 194 is granted as stated on the record.
Defendant Renaissance Compounding Pharmacy, LLC is required to obtain substitute counsel on or before March 21, 2008.

Court in Recess     2:42 p.m.     Hearing concluded.

Total time in court:     00;09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.