IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY, and
METRAGEN PHARMACEUTICALS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion to Withdraw** [Doc. # 194, filed 2/21/2008].  I

held a hearing on the motion this afternoon and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED, and Dennis W. Hartley and

Michael K. Obernesser of the law firm of Dennis W. Hartley, P.C., are relieved of any further

responsibility in the matter.

John N. Ruth, Kevin J. Henry, and Renaissance Compounding Pharmacy, LLC, are

cautioned that they are personally responsible for complying with all court orders and time

limitations established by any applicable rules.  In addition, Renaissance Compounding Pharmacy,

LLC, is a legal entity and cannot appear without counsel admitted to practice before this court.

Absent the entry of substitute counsel for Renaissance Compounding Pharmacy, LLC, on or

before **March 21, 2008**, pleadings, motions, and other papers filed by or on its behalf may be

stricken, and default judgment or other sanctions may be imposed against it. See

D.C.COLO.LCivR 83.3 D.

Dated March 10, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge