THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00540-WYD-BNB

COLLEGE PHARMACY, INC.,

    Plaintiff,

v.

JOHN N. RUTH,
KEVIN J. HENRY,
DANIEL DAILEY,
METRAGEN PHARMACEUTICALS, INC., and
RENAISSANCE COMPOUNDING PHARMACY, LLC,

    Defendants.

## ORDER FOR RELEASE OF FUNDS FROM THE COURT'S REGISTRY

THIS MATTER comes before the Court regarding funds that were deposited into the Court's registry for bond on the Stipulated Preliminary Injunction. After a review of the file, it is hereby

ORDERED that the bond in the amount of $10.00, plus interest, currently in the Court's registry for the Stipulated Preliminary Injunction shall be returned to Raymond M. Deeny, Esq.; Sherman & Howard, L.L.C. - Denver; 633 17th Street, Suite 3000; Denver, CO 80202-3622.

Dated: December 10, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE